# UNITED STATES DISTRICT COURT
for the
Southern District of New York

5/29/2019

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19 cr 386 |
| Mayya Tatsene | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/29/2019

_Mayya Tatsene_
Defendant's signature

_[signature]_
Signature of defendant's attorney

DAVID I GOLDSTEIN
Printed name of defendant's attorney

_[signature]_
Judge's signature

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York