UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
US,
                     Plaintiff(s),

v.

Tatsene,
                     Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 cr 386 (VB)

5/20/22

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/~~rescheduled~~ for:

___ Status conference        ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference    ___ Bench trial

___ Settlement conference    ___ Suppression hearing

___ Oral argument            ___ Plea hearing

___ Bench ruling on motion   ✓ Sentencing

on 9-9-, 20 22, at 11:30 AM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 5/20/, 20 22
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge