THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

December 16, 2022

Honorable Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

RE: United States v. Mayya Tetasane
19 CR 00386 (VB)
Request to Move Sentencing One Day

Your Honor:

    The Government has no objection to this request and apparently this request works with the Court's schedule.

    The defense requests that sentencing be moved from January 9, 2023 at 10:00 a.m. to January 10, 2023 at 11:30 a.m.

    We look forward to your grace.

Most respectfully,

Stacey Richman

cc:
AUSA Jeffrey Coffman, Esq.

---

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/19/2022
White Plains, NY

Sentencing adjourned to 1/10/23 at 11:30 a.m.